**Opinion issued April 30, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-25-00120-CV**

———————————

**MEMORIAL GLEN COVE LLC, Appellant**

**V.**

**BENJAMIN GUBERNICK, Appellee**

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-10986A**

**MEMORANDUM OPINION**

On February 20, 2025, appellant, Memorial Glen Cove LLC, filed a notice of appeal from the trial court's December 6, 2024 judgment. On April 17, 2026, the appellant and the appellee, Benjamin Gubernick, filed a "Joint Request for Dismissal With Prejudice." In the motion, the parties represented that they had "entered into a

written settlement agreement that resolved all disputes between them, including those at issue in this appeal," and they asked for dismissal of the appeal. *See* TEX. R. APP. P. 42.1(a)(2).

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(2), (c).

Accordingly, we grant the parties' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2), 43.2.

**PER CURIAM**

Panel consists of Justices Gunn, Caughey, and Morgan.